# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: KOMBRINK, MARVIN W.         § Case No. 08-01790
       KOMBRINK, PAMELA A.         §
                                   §
                                   §
Debtor(s)                          §

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 1/5/12 in Courtroom 250, United States Courthouse,
100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/02/2011      By: /s/CHARLES J. MYLER
                                         Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: KOMBRINK, MARVIN W.  § Case No. 08-01790
KOMBRINK, PAMELA A.  §
§
Debtor(s)  §

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 144,439.12

*and approved disbursements of*  $ 414.75

*leaving a balance on hand of* [1]  $ 144,024.37

**Balance on hand:**  $ 144,024.37

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Galena State Bank & Trust | 2,759.61 | 0.00 | 0.00 | 0.00 |
| 9 | The Private Bank & Trust Co. | 116,456.40 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 144,024.37

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 10,471.90 | 0.00 | 10,471.90 |
| Trustee, Expenses - Charles J. Myler | 189.93 | 0.00 | 189.93 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 9,130.00 | 0.00 | 9,130.00 |
| Other Fees: Delta-K Consulting Services | 2,140.00 | 0.00 | 2,140.00 |

Total to be paid for chapter 7 administration expenses:  $ 21,931.83
Remaining balance:  $ 122,092.54

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 122,092.54

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 122,092.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 322,515.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 37.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2-2 | CHASE BANK USA, NA | 9,109.66 | 0.00 | 3,448.55 |
| 3 | First American Bank | 100,430.83 | 0.00 | 38,019.07 |
| 4 | American Express Bank FSB | 40,663.82 | 0.00 | 15,393.68 |
| 5 | American Express Bank FSB | 12,166.06 | 0.00 | 4,605.58 |
| 6 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 5,782.54 | 0.00 | 2,189.04 |
| 7 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 2,490.93 | 0.00 | 942.97 |
| 8 | Roy Safanda | 50,000.00 | 0.00 | 18,927.99 |
| 10 | The Private Bank and Trust Company | 75,353.22 | 0.00 | 28,525.69 |
| 11 | American National Bank of DeKalb County | 4,138.01 | 0.00 | 1,566.48 |

UST Form 101-7-NFR (10/1/2010)

| 12 | American National Bank of DeKalb County | 4,172.78 | 0.00 | 1,579.65 |
| 13 | American National Bank of DeKalb County | 18,207.60 | 0.00 | 6,892.66 |

Total to be paid for timely general unsecured claims: $ 122,091.36
Remaining balance: $ 1.18

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 1.18

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 1.18

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                            Case No. 08-01790-MB
Marvin W. Kombrink                                                Chapter 7
Pamela A. Kombrink
      Debtors                   CERTIFICATE OF NOTICE

District/off: 0752-1        User: pgordon              Page 1 of 3        Date Rcvd: Dec 05, 2011
                            Form ID: pdf006            Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2011.
db/jdb       +Marvin W. Kombrink,    Pamela A. Kombrink,    1772 S. Randall Rd., Ste. 100,
               Geneva, IL 60134-4606
11905118      Amer Bank & Trust,    POB 4178,   Rock Island, IL 61204-4178
11905119      American Bank & Trust Co.,    POB 4178,   Rock Island, IL 61204-4178
11905120      American Express,    POB 0001,   Los Angeles, CA 90096-0001
12171073      American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
11905121     +American National Bank,    124 S. Mian St.,    Sycamore, IL 60178-1822
12290080     +American National Bank of DeKalb County,    c/o Richard D. Larson, P.C.,
               111 E. Elm Street, P.O. Box 323,    Sycamore, IL 60178-0323
11905122     +Bank of America,    Bank Card Services,    PO Box 53136,   Pheonix, AZ 85072-3136
11905125      Bank of America, NA,    POB 660312,   Dallas, TX 75266-0312
11905126     +Benchmark Bank,    3340 W. Main St.,   Saint Charles, IL 60175-1011
12113394     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14349600      CHASE BANK USA, NA,    PO BOX 15145,   WILMINGTON, DE 19850-5145
11905146    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,   MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual,     POB 660487,   Dallas, TX 75266-0487)
11905127      Charter One,    POB 9799,   Providence, RI 02940-9799
11905128      Chase,   POB 15153,    Wilmington, DE 19886-5153
12081741     +Ewa Lipski,    Consumer Protection Division,    100 W. Randolph St.,   Chicago, IL 60601-3220
11905129      Fifth Third Auto Leasing Trust,    POB 630041,    Cincinnati, OH 45263-0041
11905130      Fifth Third Bank,    POB 740778,   Cincinnati, OH 45274-0778
11905135      GMAC Mortgage,    POB 9001719,   Louisville, KY 40290-1719
11905132      Galena State Bank,    971 Gear St.,   Gilberts, IL 60136
11905134     +Galena Territory Assoc.,    2000 Territory Drive,    Galena, IL 61036-9523
11905136     +Kristofer M. Kombrink,    2706 W. Walnut Ct.,    Woodridge, IL 60517-1045
11905137     +LaSalle Bank NA,    135 S. LaSalle St.,   Chicago, IL 60603-4514
11905138     +Matthew W. Kombrink,    1432 Halladay Ct.,    Batavia, IL 60510-4522
11905139     +Nissan Motor Acceptance Corp.,    POB 650424,    Dallas, TX 75265-0424
11905140     +Private Bank & Trust Co.,    10 N. Dearborn St., Ste. 900,    Chicago, IL 60602-4236
11905141     +Quicken Platinum Select,    CitCards,   POB 688908,    Des Moines, IA 50368-8908
11905142     +The Private Bank & Trust Co.,    c/o Daniel Johnson,,    24 South Second Street,
               St. Charles, IL 60174-2861
11905117     +The Private Bank and Trust Company,    c/o Alan Garrow,,    Nealis & Garrow,
               510 South Batavia Ave,    Batavia, IL 60510-2902
11905144      Visa,   POB 4512,    Carol Stream, IL 60197-4512
11905147      Wells Fargo Home Mortgage,    OB 660455,   Dallas, TX 75266-0455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12279421     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 06 2011 03:46:33
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11905133      E-mail/Text: Bankruptcy@htlf.com Dec 06 2011 03:13:38    Galena State Bank & Trust,    POB 360,
               Dubuque, IA 52004-0360
14531349     +E-mail/Text: plegal@xnet.com Dec 06 2011 03:14:17    Roy Safanda,    111 East Side Drive,
               Geneva, IL 60134-2402
11905143     +E-mail/Text: bankruptcy@firststatebank.biz Dec 06 2011 03:13:36    Valley Community Bank,
               620 E. Main St.,    Saint Charles, IL 60174-2134
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Myler, Ruddy, McTavish
12171074*     American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
11905124    ##Bank of AMerica,    POB 37291,   Baltimore, MD 21297-3291
11905123    ##Bank of America,    POB 17322,   Baltimore, MD 21297-1322
12081740    ##+Clara O'Connell,    4 N 606 Old LaFox Rd.,    Saint Charles, IL 60175-7630
11905131    ##+First American Bank,    c/o Martin D. Tasch,    Lebow, Malecki & Tasch, LLC,
               1200 Jorie Blvd.,Suite 329,    Oak Brook, IL 60523-2283
12081742    ##+Michael O'Connell,    4N606 Old LaFox Rd,    Saint Charles, IL 60175-7630
11905145    ##Washington Mutual,    POB 78065,   Phoenix, AZ 85062-8065
                                                                                 TOTALS: 1, * 1, ## 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: pgordon              Page 2 of 3            Date Rcvd: Dec 05, 2011
                              Form ID: pdf006            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 07, 2011**          **Signature:**          *Joseph Speetjens*

```
District/off: 0752-1           User: pgordon              Page 3 of 3              Date Rcvd: Dec 05, 2011
                               Form ID: pdf006            Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2011 at the address(es) listed below:

```
              Charles J Myler    cmyler@mrmlaw.com,   IL57@ecfcbis.com;kmyler@mrmlaw.com
              Charles J Myler    on behalf of Trustee Charles Myler cmyler@mrmlaw.com,  kmyler@mrmlaw.com
              John C Ruddy    on behalf of Plaintiff  Valley Community Bank jruddy@rmklawfirm.com,
               lincoln@rmklawfirm.com
              Jose G Moreno    on behalf of Creditor  Wells Fargo Home Mortgage nd-one@il.cslegal.com
              Lincoln M King    on behalf of Plaintiff  Valley Community Bank lincoln@rmklawfirm.com,
               jruddy@rmklawfirm.com
              Martin D. Tasch    on behalf of Creditor  First American Bank mtasch@taschlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard G Larsen    on behalf of Trustee Charles Myler rglarsen@mrmlaw.com
              Roy  Safanda, Esq    on behalf of Debtor Marvin Kombrink rsafanda@xnet.com
              Thomas E Springer    on behalf of Creditor Partnership Land Trust 2493 tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
                                                                                             TOTAL: 10
```