**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: KOMBRINK, MARVIN W. § | Case No. 08-01790 |
| KOMBRINK, PAMELA A. § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,773,054.54         Assets Exempt: $690,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $122,094.66      Claims Discharged
                                                  Without Payment: $200,420.79

Total Expenses of Administration: $22,346.58

---

    3) Total gross receipts of $ 144,441.24 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $144,441.24 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,612,203.00 | $119,216.01 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,346.58 | 22,346.58 | 22,346.58 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 159,149.00 | 322,515.45 | 322,515.45 | 122,094.66 |
| **TOTAL DISBURSEMENTS** | $1,771,352.00 | $464,078.04 | $344,862.03 | $144,441.24 |

    4) This case was originally filed under Chapter 7 on January 28, 2008. The case was pending for 50 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/19/2012    By: /s/CHARLES J. MYLER
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Erwin & Hansen | 1121-000 | 144,400.00 |
| Interest Income | 1270-000 | 41.24 |
| **TOTAL GROSS RECEIPTS** | | **$144,441.24** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Galena State Bank & Trust | 4110-000 | 2,700.00 | 2,759.61 | 0.00 | 0.00 |
| 9 | The Private Bank & Trust Co. | 4110-000 | 116,499.00 | 116,456.40 | 0.00 | 0.00 |
| NOTFILED | American National Bank | 4110-000 | 457,852.00 | N/A | N/A | 0.00 |
| NOTFILED | Benchmark Bank | 4110-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Mortgage | 4110-000 | 188,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Nissan Motor Acceptance Corp. | 4110-000 | 17,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 151,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Galena State Bank | 4110-000 | 578,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Bank Card Services | 4110-000 | 19,772.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Auto Leasing Trust | 4110-000 | 20,880.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,612,203.00** | **$119,216.01** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 10,471.90 | 10,471.90 | 10,471.90 |
| Charles J. Myler | 2200-000 | N/A | 189.93 | 189.93 | 189.93 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 9,130.00 | 9,130.00 | 9,130.00 |
| Delta-K Consulting Services | 3731-000 | N/A | 2,140.00 | 2,140.00 | 2,140.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 82.71 | 82.71 | 82.71 |
| The Bank of New York Mellon | 2600-000 | N/A | 101.63 | 101.63 | 101.63 |
| The Bank of New York Mellon | 2600-000 | N/A | -2.96 | -2.96 | -2.96 |
| The Bank of New York Mellon | 2600-000 | N/A | 90.85 | 90.85 | 90.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 142.52 | 142.52 | 142.52 |
| The Bank of New York Mellon | 2600-000 | N/A | 315.68 | 315.68 | 315.68 |
| The Bank of New York Mellon | 2600-000 | N/A | -315.68 | -315.68 | -315.68 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 22,346.58 | 22,346.58 | 22,346.58 |

**EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 − PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 9,109.66 | 9,109.66 | 3,448.64 |
| 3 | First American Bank | 7100-000 | N/A | 100,430.83 | 100,430.83 | 38,020.09 |
| 4 | American Express Bank FSB | 7100-000 | 40,000.00 | 40,663.82 | 40,663.82 | 15,394.10 |
| 5 | American Express Bank FSB | 7100-000 | N/A | 12,166.06 | 12,166.06 | 4,605.70 |
| 6 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 5,782.54 | 5,782.54 | 2,189.10 |
| 7 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 2,490.93 | 2,490.93 | 942.99 |
| 8 | Roy Safanda | 7100-000 | N/A | 50,000.00 | 50,000.00 | 18,928.50 |
| 10 | The Private Bank and Trust Company | 7100-000 | 119,149.00 | 75,353.22 | 75,353.22 | 28,526.47 |
| 11 | American National Bank of DeKalb County | 7100-000 | N/A | 4,138.01 | 4,138.01 | 1,566.53 |
| 12 | American National Bank of DeKalb County | 7100-000 | N/A | 4,172.78 | 4,172.78 | 1,579.69 |
| 13 | American National Bank of DeKalb County | 7100-000 | N/A | 18,207.60 | 18,207.60 | 6,892.85 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 159,149.00 | 322,515.45 | 322,515.45 | 122,094.66 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-01790  
**Case Name:** KOMBRINK, MARVIN W.  
KOMBRINK, PAMELA A.  
**Period Ending:** 03/19/12

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 01/28/08 (f)  
**§341(a) Meeting Date:** 02/25/08  
**Claims Bar Date:** 06/02/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single-family residence: 18 Haven Lane, Galena, | 650,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Single-family residnece: 322 W. Burlington Dr., | 240,000.00 | 12,000.00 | DA | 0.00 | FA |
| 3 | Cash | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Chase, checking, Batavia, IL | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Old 2nd, checking, Maple Park, IL | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Ordinary contents of single-family residnece | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | One adule male, one adult female | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | 70% of appraised value of $5,425.00 | 3,797.50 | 0.00 | DA | 0.00 | FA |
| 9 | 2 IRas AXA Equitable | 682,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 50% Impact Specialists INter, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 25% of 2 M Sales, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 50% Lifestyle Homes of Galena, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | 100% M2K General, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Lifestyle Real Estate | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Impact Spec. Int., LLC Loan balance | 160,257.04 | 160,257.04 | DA | 0.00 | FA |
| 16 | Erwin & Hansen | 200,000.00 | 200,000.00 | | 144,400.00 | FA |
| 17 | R.E. Broker's License | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2005 Nissan Extara | 17,500.00 | 17,500.00 | DA | 0.00 | FA |
| 19 | 2008 Nissan Versa | 15,000.00 | 15,000.00 | DA | 0.00 | FA |
| 20 | Home computer, printers (2) scanner | 100.00 | 97.50 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 41.24 | FA |
| 21 | Assets    Totals (Excluding unknown values) | $1,973,054.54 | $404,854.54 | | $144,441.24 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee filed  final report and amended final report; hearing set for 1/5/12

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-01790  
**Case Name:** KOMBRINK, MARVIN W.  
KOMBRINK, PAMELA A.  
**Period Ending:** 03/19/12

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 01/28/08 (f)  
**§341(a) Meeting Date:** 02/25/08  
**Claims Bar Date:** 06/02/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 30, 2008     **Current Projected Date Of Final Report (TFR):** December 2, 2011 (Actual)

Exhibit 9

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-01790 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | KOMBRINK, MARVIN W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KOMBRINK, PAMELA A. | | Account: | ***-*****92-65 - Money Market Account |
| Taxpayer ID #: | **-***0086 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/19/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/28/08 | {16} | Erwin & Hansen, Inc. | Payment on promissory note | 1121-000 | 1,500.00 | | 1,500.00 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.25 | | 1,500.25 |
| 04/04/08 | {16} | Erwin & Hansen | Payment on buyout | 1121-000 | 1,500.00 | | 3,000.25 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.36 | | 3,000.61 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.37 | | 3,000.98 |
| 06/13/08 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 1,500.00 | | 4,500.98 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.46 | | 4,501.44 |
| 07/02/08 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 1,500.00 | | 6,001.44 |
| 07/31/08 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 1,500.00 | | 7,501.44 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.71 | | 7,502.15 |
| 08/20/08 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 1,500.00 | | 9,002.15 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.92 | | 9,003.07 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.18 | | 9,004.25 |
| 10/03/08 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 1,500.00 | | 10,504.25 |
| 10/03/08 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 1,500.00 | | 12,004.25 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.23 | | 12,005.48 |
| 11/14/08 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 1,500.00 | | 13,505.48 |
| 11/14/08 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 1,500.00 | | 15,005.48 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.03 | | 15,006.51 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.06 | | 15,007.57 |
| 01/14/09 | {16} | Erwin & Hansen | Payment on promissory note | 1121-000 | 1,500.00 | | 16,507.57 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 16,508.20 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.62 | | 16,508.82 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.71 | | 16,509.53 |
| 04/07/09 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 1,500.00 | | 18,009.53 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.71 | | 18,010.24 |
| 05/06/09 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 1,500.00 | | 19,510.24 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 19,510.98 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 19,511.82 |
| 07/17/09 | {16} | Erwin & Hansen, Inc. | Payment on note | 1121-000 | 1,500.00 | | 21,011.82 |
| 07/17/09 | {16} | Erwin & Hansen, Inc. | Payment on note | 1121-000 | 1,500.00 | | 22,511.82 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.86 | | 22,512.68 |
| 08/05/09 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 1,500.00 | | 24,012.68 |
| 08/05/09 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 1,500.00 | | 25,512.68 |
| 08/24/09 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 1,500.00 | | 27,012.68 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.06 | | 27,013.74 |
| 09/03/09 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 1,500.00 | | 28,513.74 |

Subtotals :  $28,513.74   $0.00

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-01790  
**Case Name:** KOMBRINK, MARVIN W.  
KOMBRINK, PAMELA A.  
**Taxpayer ID #:** **-***0086  
**Period Ending:** 03/19/12

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****92-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.14 | | 28,514.88 |
| 10/05/09 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 1,500.00 | | 30,014.88 |
| 10/20/09 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 30,614.88 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.21 | | 30,616.09 |
| 11/06/09 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 31,216.09 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.30 | | 31,217.39 |
| 12/08/09 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 31,817.39 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.33 | | 31,818.72 |
| 01/05/10 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 32,418.72 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.27 | | 32,419.99 |
| 02/10/10 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 33,019.99 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.24 | | 33,021.23 |
| 03/08/10 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 33,621.23 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.49 | | 33,622.72 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.22 | | 33,622.94 |
| 04/06/10 | | Wire out to BNYM account 9200******9265 | Wire out to BNYM account 9200******9265 | 9999-000 | -33,622.94 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -33,622.94 | 0.00 | |
| **Subtotal** | 33,622.94 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$33,622.94** | **$0.00** | |

{} Asset reference(s)

Printed: 03/19/2012 02:14 PM    V.12.57

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 08-01790 | **Trustee:** CHARLES J. MYLER (330510) |
| **Case Name:** | KOMBRINK, MARVIN W. | **Bank Name:** The Bank of New York Mellon |
| | KOMBRINK, PAMELA A. | **Account:** 9200-******92-65 - Money Market Account |
| **Taxpayer ID #:** | **-***0086 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** | 03/19/12 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9265 | Wire in from JPMorgan Chase Bank, N.A. account ********9265 | 9999-000 | 33,622.94 | | 33,622.94 |
| 04/07/10 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 34,222.94 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.63 | | 34,224.57 |
| 05/07/10 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 34,824.57 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.06 | | 34,826.63 |
| 06/01/10 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 35,426.63 |
| 06/30/10 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 36,026.63 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.04 | | 36,028.67 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.14 | | 36,030.81 |
| 08/06/10 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 36,630.81 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.16 | | 36,632.97 |
| 09/03/10 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 37,232.97 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 37,233.26 |
| 10/06/10 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 37,833.26 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 37,833.56 |
| 11/05/10 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 38,433.56 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 38,433.86 |
| 12/06/10 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 39,033.86 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,034.19 |
| 01/03/11 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 39,634.19 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,634.52 |
| 02/08/11 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 40,234.52 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 40,234.82 |
| 03/15/11 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 40,834.82 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 40,835.16 |
| 04/08/11 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 41,435.16 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 41,435.49 |
| 05/06/11 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 42,035.49 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 42,035.84 |
| 06/17/11 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 42,635.84 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 42,636.18 |
| 07/05/11 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 43,236.18 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 43,236.54 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.71 | 43,153.83 |
| 08/03/11 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 43,753.83 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 43,754.20 |

Subtotals : $43,836.91 $82.71

{} Asset reference(s)                      Printed: 03/19/2012 02:14 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-01790  
**Case Name:** KOMBRINK, MARVIN W.  
KOMBRINK, PAMELA A.  
**Taxpayer ID #:** **-***0086  
**Period Ending:** 03/19/12

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******92-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 101.63 | 43,652.57 |
| 09/01/11 | {16} | Erwin & Hansen | Payment on note | 1121-000 | 600.00 | | 44,252.57 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.96 | 44,255.53 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 44,255.89 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 90.85 | 44,165.04 |
| 10/20/11 | {16} | Erwin & Hansen | Settlement amount | 1121-000 | 100,000.00 | | 144,165.04 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.67 | | 144,165.71 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 142.52 | 144,023.19 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.18 | | 144,024.37 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 315.68 | 143,708.69 |
| 12/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -315.68 | 144,024.37 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.22 | | 144,025.59 |
| 01/24/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.90 | | 144,026.49 |
| 01/24/12 | | To Account #9200******9266 | Transfer to checking | 9999-000 | | 144,026.49 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 144,441.24 | 144,441.24 | $0.00 |
| | | | Less: Bank Transfers | | 33,622.94 | 144,026.49 | |
| | | | **Subtotal** | | 110,818.30 | 414.75 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$110,818.30** | **$414.75** | |

{} Asset reference(s)

Printed: 03/19/2012 02:14 PM    V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 08-01790
**Case Name:** KOMBRINK, MARVIN W.
KOMBRINK, PAMELA A.
**Taxpayer ID #:** **-***0086
**Period Ending:** 03/19/12

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******92-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/24/12 | | From Account #9200******9265 | Transfer to checking | 9999-000 | 144,026.49 | | 144,026.49 |
| 01/24/12 | 101 | Delta-K Consulting Services | Dividend paid 100.00% on $2,140.00, Consultant for Trustee Fees; Reference: | 3731-000 | | 2,140.00 | 141,886.49 |
| 01/24/12 | 102 | CHARLES J. MYLER | Dividend paid 100.00% on $10,471.90, Trustee Compensation; Reference: | 2100-000 | | 10,471.90 | 131,414.59 |
| 01/24/12 | 103 | Charles J. Myler | Dividend paid 100.00% on $189.93, Trustee Expenses; Reference: | 2200-000 | | 189.93 | 131,224.66 |
| 01/24/12 | 104 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $9,130.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 9,130.00 | 122,094.66 |
| 01/24/12 | 105 | CHASE BANK USA, NA | Dividend paid 37.85% on $9,109.66; Claim# 2 -2; Filed: $9,109.66; Reference: | 7100-000 | | 3,448.64 | 118,646.02 |
| 01/24/12 | 106 | First American Bank | Dividend paid 37.85% on $100,430.83; Claim# 3; Filed: $100,430.83; Reference: | 7100-000 | | 38,020.09 | 80,625.93 |
| 01/24/12 | 107 | American Express Bank FSB | Dividend paid 37.85% on $40,663.82; Claim# 4; Filed: $40,663.82; Reference: XXXXXXX4070 | 7100-000 | | 15,394.10 | 65,231.83 |
| 01/24/12 | 108 | American Express Bank FSB | Dividend paid 37.85% on $12,166.06; Claim# 5; Filed: $12,166.06; Reference: | 7100-000 | | 4,605.70 | 60,626.13 |
| 01/24/12 | 109 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 37.85% on $5,782.54; Claim# 6; Filed: $5,782.54; Reference: | 7100-000 | | 2,189.10 | 58,437.03 |
| 01/24/12 | 110 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 37.85% on $2,490.93; Claim# 7; Filed: $2,490.93; Reference: | 7100-000 | | 942.99 | 57,494.04 |
| 01/24/12 | 111 | Roy Safanda | Dividend paid 37.85% on $50,000.00; Claim# 8; Filed: $50,000.00; Reference: | 7100-000 | | 18,928.50 | 38,565.54 |
| 01/24/12 | 112 | The Private Bank and Trust Company | Dividend paid 37.85% on $75,353.22; Claim# 10; Filed: $75,353.22; Reference: | 7100-000 | | 28,526.47 | 10,039.07 |
| 01/24/12 | 113 | American National Bank of DeKalb County | Dividend paid 37.85% on $4,138.01; Claim# 11; Filed: $4,138.01; Reference: | 7100-000 | | 1,566.53 | 8,472.54 |
| 01/24/12 | 114 | American National Bank of DeKalb County | Dividend paid 37.85% on $4,172.78; Claim# 12; Filed: $4,172.78; Reference: | 7100-000 | | 1,579.69 | 6,892.85 |
| 01/24/12 | 115 | American National Bank of DeKalb County | Dividend paid 37.85% on $18,207.60; Claim# 13; Filed: $18,207.60; Reference: | 7100-000 | | 6,892.85 | 0.00 |

|  |  |  | ACCOUNT TOTALS | | 144,026.49 | 144,026.49 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank Transfers | | 144,026.49 | 0.00 | |
|  |  |  | Subtotal | | 0.00 | 144,026.49 | |
|  |  |  | Less: Payments to Debtors | | | 0.00 | |
|  |  |  | **NET Receipts / Disbursements** | | **$0.00** | **$144,026.49** | |

{} Asset reference(s)

Printed: 03/19/2012 02:14 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| **Case Number:** | 08-01790 | | **Trustee:** | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| **Case Name:** | KOMBRINK, MARVIN W. | | **Bank Name:** | The Bank of New York Mellon |
| | KOMBRINK, PAMELA A. | | **Account:** | 9200-******92-66 - Checking Account |
| **Taxpayer ID #:** | **-***0086 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 03/19/12 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   144,441.24
Net Estate :   $144,441.24

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****92-65** | 33,622.94 | 0.00 | 0.00 |
| **MMA # 9200-******92-65** | 110,818.30 | 414.75 | 0.00 |
| **Checking # 9200-******92-66** | 0.00 | 144,026.49 | 0.00 |
| | $144,441.24 | $144,441.24 | $0.00 |

{} Asset reference(s)    Printed: 03/19/2012 02:14 PM    V.12.57